UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| WILSON JR., JAMES | § | Case No. 10-09020 |
| WILSON, BARBARA A. | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/05/2012 in Courtroom 619,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/16/2011          By: _____

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| WILSON JR., JAMES | § | Case No. 10-09020 |
| WILSON, BARBARA A. | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,643.65 |
| and approved disbursements of | $ | 716.39 |
| leaving a balance on hand of[1] | $ | 11,927.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,014.37 | $ 0.00 | $ 2,014.37 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 5,682.50 | $ 0.00 | $ 5,682.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 4.52 | $ 0.00 | $ 4.52 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,074.80 | $ 0.00 | $ 1,074.80 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 14.80 | $ 0.00 | $ 14.80 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.39 | $ 14.39 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 8,790.99 |
| Remaining Balance | $ | 3,136.27 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,276.97 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 95.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Center Bank | $ 3,276.97 | $ 0.00 | $ 3,136.27 |

| | | |
|---|---|---:|
| Total to be paid to timely general unsecured creditors | $ | 3,136.27 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     Prepared By: <u>/s/Frances Gecker</u>
                                     Chapter 7 Trustee

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-09020-JPC
James Wilson Chapter 7
Barbara A. Wilson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: arodarte              Page 1 of 3                 Date Rcvd: Nov 17, 2011
                             Form ID: pdf006             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2011.
```
db/jdb       #+James Wilson, Jr.,    Barbara A. Wilson,    9719 S Bell Avenue,    Chicago, IL 60643-1641
aty          +Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
               Chicago, IL 60654-6465
15197495     +CHRIST HOSPITAL,    4440 W. 95TH STREET,    OAK LAWN, IL 60453-2699
15197505      COOK COUNTY DEPARTMENT OF REVENUE,    USE TAX,    P.O. BOX 94401,    CHICAGO, IL 60690-4401
16403080     +Center Bank,    fka Innovative Bank,    SOHO Loan Dept,    360 14th St,    Oakland, CA 94612-3200
15197497     +Cit Group Sales Fin,    715 S. Metropolitan Ave,    Oklahoma City, OK 73108-2090
15197498     +Citi,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15197499      Citi Mortgage Inc,    Attention: Bankruptcy Department,    Po Box 79022, Ms322,
               St. Louis, MO 63179
15197500     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15197501     +City of Chicago Department of Water,    Management,    333 South State St., Suite LL10,
               Chicago, IL 60604-3957
15197503     +Comp Crdt Sr,    5340 N Clark St,    Chicago, IL 60640-2167
15197504     +Cook County Department of Revenue,    P.O. Box 88292,    Chicago, IL 60680-1292
15197506     +Day and Night Heating and Cooling,    c/o CACSI,    16011 College Blvd, Suite 101,
               Lenexa, KS 66219-1442
15197512     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
15197518     +LITTLE COMPANY OF MARY,    2800 WEST 95TH STREET,    Evergreen Park, IL 60805-2795
15197522      Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
15197523     +WACHOVIA BANK,    3565 PIEDMONT RD.NE,    Atlanta, GA 30305-8202
15197524     +World Savings & Loan,    4101 Wiseman Blvd,    Attn: Bankruptcy,    San Antonio, TX 78251-4201
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15197492     +E-mail/Text: collect@arspif.com Nov 18 2011 01:37:35     Account Recovery Servi,
               3031 N 114th St,    Wauwatosa, WI 53222-4218
16503959      E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2011 02:47:12      Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15197507     +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2011 03:25:19      GE Money Bank,
               JC Penney Dual Card,    c/o Recovery Management Systems Corp,    25 S E 2nd Ave Ste 1120,
               Miami, FL 33131-1605
15197521     +E-mail/Text: SBONNEMA@ROGENT.COM Nov 18 2011 01:37:28     Rogers & Hol,    Po Box 879,
               Matteson, IL 60443-0879
15197494      E-mail/PDF: cbp@slfs.com Nov 18 2011 02:44:44     American General Finan,    2313 W. 95th Stree,
               Chicago, IL 60643
                                                                                              TOTAL: 5
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Frank/Gecker LLP
15197520         Nbgl-carsons
15197493*       +Account Recovery Servi,    3031 N 114th St,    Wauwatosa, WI 53222-4218
15197496*       +CHRIST HOSPITAL,    4440 W. 95TH STREET,    OAK LAWN, IL 60453-2699
15197502*       +City of Chicago Department of Water,    Management,    333 South State St., Suite LL10,
                  Chicago, IL 60604-3957
15197511*       +Hfc - Usa,    Po Box 1547,    Chesapeake, VA 23327-1547
15197514*       +Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
15197515*       +Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
15197516*       +Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
15197519*       +LITTLE COMPANY OF MARY,    2800 WEST 95TH STREET,    Evergreen Park, IL 60805-2795
15197508       ##+Harris & Harris Ltd,    600 W Jackson,    Chicago, IL 60661-5675
15197509       ##+Hfc,    Po Box 1547,    Chesapeake, VA 23327-1547
15197510       ##+Hfc - Usa,    Po Box 1547,    Chesapeake, VA 23327-1547
15197513       ##+Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
15197517       ##+Inovative Bk,    360 14th St,    Oakland, CA 94612-3200
                                                                                  TOTALS: 2, * 8, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte           Page 2 of 3             Date Rcvd: Nov 17, 2011
                              Form ID: pdf006          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2011**                            **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: arodarte              Page 3 of 3              Date Rcvd: Nov 17, 2011
                               Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2011 at the address(es) listed below:
          Dana N O'Brien    on behalf of Creditor   OneWest Bank, FSB f/k/a IndyMac Federal Bank, FSB
           dobrien@atty-pierce.com,   northerndistrict@atty-pierce.com
          Ernesto D Borges    on behalf of Debtor James Wilson notice@billbusters.com,
           billbusters@bestclientinc.com
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          James E. Trausch    on behalf of Creditor   Vercrest Financial, Inc. atalty@jtolaw.com
          Jose G Moreno    on behalf of Creditor   OneWest Bank FSB nd-one@il.cslegal.com
          Laura A. Hrisko    on behalf of Creditor   American General Financial Services, Inc.
           Laura_Hrisko@agfinance.com,   lrisko@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Rappin    on behalf of Creditor   CitiMortgage, Inc. dolswang@hrolaw.com,
           rarredondo@hrolaw.com
          William G Cross    on behalf of Trustee Frances Gecker wcross@fgllp.com,   csmith@fgllp.com
                                                                                                                                                                                                                                                     TOTAL: 9