UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
WILSON JR., JAMES § Case No. 10-09020
WILSON, BARBARA A. §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Finan 2313 W. 95th Stree Chicago, IL 60643 | | | | | |
| | COOK COUNTY DEPARTMENT OF REVENUE USE TAX P.O. BOX 94401 CHICAGO, IL 60690-4401 | | | | | |
| | Cit Group Sales Fin 715 S. Metropolitan Ave Oklahoma City, OK 73108 | | | | | |
| | Citi Mortgage Inc Attention: Bankruptcy Department Po Box 79022, Ms322 St. Louis, MO 63179 | | | | | |
| | Cook County Department of Revenue P.O. Box 88292 Chicago, IL 60680 | | | | | |
| | Hfc - Usa Po Box 1547 Chesapeake, VA 23327 | | | | | |
| | Indymac Bank 7700 W Parmer Ln Bldg D 2nd Floor Austin, TX 78729 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indymac Bank 7700 W Parmer Ln Bldg D 2nd Floor Austin, TX 78729 | | | | | |
| | Indymac Bank 7700 W Parmer Ln Bldg D 2nd Floor Austin, TX 78729 | | | | | |
| | Indymac Bank 7700 W Parmer Ln Bldg D 2nd Floor Austin, TX 78729 | | | | | |
| | Toyota Financial Services P.O. Box 4102 Carol Stream, IL 60197-4102 | | | | | |
| | World Savings & Loan 4101 Wiseman Blvd Attn: Bankruptcy San Antonio, TX 78251 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Account Recovery Servi 3031 N 114th St Wauwatosa, WI 53222 | | | | | |
| | Account Recovery Servi 3031 N 114th St Wauwatosa, WI 53222 | | | | | |
| | CHRIST HOSPITAL 4440 W. 95TH STREET OAK LAWN, IL 60453 | | | | | |
| | CHRIST HOSPITAL 4440 W. 95TH STREET OAK LAWN, IL 60453 | | | | | |
| | Citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | City of Chicago Department of Water Management 333 South State St., Suite LL10 Chicago, IL 60604 | | | | | |
| | City of Chicago Department of Water Management 333 South State St., Suite LL10 Chicago, IL 60604 | | | | | |
| | Comp Crdt Sr 5340 N Clark St Chicago, IL 60640 | | | | | |
| | Day and Night Heating and Cooling c/o CACSI 16011 College Blvd, Suite 101 Lenexa, KS 66219 | | | | | |
| | GE Mongram Bank / JC Penney Dc Attn: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Harris & Harris Ltd 600 W Jackson Chicago, IL 60661 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hfc - Usa Po Box 1547 Chesapeake, VA 23327 | | | | | |
| | Hfc Po Box 1547 Chesapeake, VA 23327 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Inovative Bk 360 14th St Oakland, CA 94612 | | | | | |
| | LITTLE COMPANY OF MARY 2800 WEST 95TH STREET Evergreen Park, IL 60805 | | | | | |
| | LITTLE COMPANY OF MARY 2800 WEST 95TH STREET Evergreen Park, IL 60805 | | | | | |
| | Nbgl-carsons | | | | | |
| | Rogers & Hol Po Box 879 Matteson, IL 60443 | | | | | |
| 000002 | CAPITAL RECOVERY III LLC | | | | | |
| 000001 | CENTER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-09020 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | WILSON JR., JAMES | | | Date Filed (f) or Converted (c): | 03/03/10 (f) |
| | WILSON, BARBARA A. | | | 341(a) Meeting Date: | 04/19/10 |
| For Period Ending: | 02/09/12 | | | Claims Bar Date: | 01/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9719 S. BELL AVE, CHICAGO IL 60643 Debtor Claimed Exemption | 254,166.00 | 0.00 | | 0.00 | FA |
| 2. 9726 S. HOYNE AVE, CHICAGO, IL 60643 VALUE BASED O Order dated 10/19/10. | 218,833.00 | 0.00 | OA | 0.00 | FA |
| 3. 9824 S. CLAREMONT, CHICAGO IL 60643 VALUE BASED ON Order dated 10/19/10. | 217,300.00 | 0.00 | OA | 0.00 | FA |
| 4. 9123 S. ABERDEEN, CHICAGO IL 60620 VALUE BASED ON Order dated 10/19/10. | 46,400.00 | 0.00 | OA | 0.00 | FA |
| 5. 3232 W. 83RD ST, CHICAGO IL, 60652 VALUE BASED ON Order dated 10/19/10. | 148,966.00 | 0.00 | OA | 0.00 | FA |
| 6. 7646 S. HERMITAGE, CHICAGO, IL 60620 VALUE BASED O Order dated 10/19/10. | 70,833.00 | 0.00 | OA | 0.00 | FA |
| 7. CHECKING ACCOUNT WITH 5/3RD BANK Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING ACCOUNT WITH BEVERLY BANK - THIS ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. SAVINGS ACCOUNT WITH 5/3RD BANK Debtor Claimed Exemption | 900.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.05c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-09020 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | WILSON JR., JAMES | | | Date Filed (f) or Converted (c): | 03/03/10 (f) |
| | WILSON, BARBARA A. | | | 341(a) Meeting Date: | 04/19/10 |
| | | | | Claims Bar Date: | 01/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. MISCELLANEOUS HOUSEHOLD GOODS  Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. USED CLOTHING  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 12. TERM-LIFE POLICY WITH PRIMERICA - NO CASH SURRENDE  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 13. PENSION THROUGH UNION - 100% EXEMPT  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 14. 100% INTEREST IN BARBARA WILLIAMS REALTY BUSINESS  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2009 TAX REFUND OF $2,684.00  Debtor Claimed Exemption | 2,684.00 | 0.00 | | 0.00 | FA |
| 16. 2009 TOYOTA MATRIX WITH 16,000 MILES VALUE BASED O | 12,430.00 | 0.00 | DA | 0.00 | FA |
| 17. 1996 MERCEDES C230 WITH 68,000 MILES VALUE BASED O | 4,725.00 | 4,725.00 | DA | 0.00 | FA |
| 18. 1995 DODGE DAKOTA WITH 200,000 MILES VALUE BASED O  Debtor Claimed Exemption | 635.00 | 0.00 | | 0.00 | FA |
| 19. 1997 PONTIAC SUNFIRE WITH 68,000 MILES VALUE BASED | 1,260.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.05c

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| Case No: | 10-09020 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | WILSON JR., JAMES | | | Date Filed (f) or Converted (c): | 03/03/10 (f) |
| | WILSON, BARBARA A. | | | 341(a) Meeting Date: | 04/19/10 |
| | | | | Claims Bar Date: | 01/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 20. BANK ACCOUNTS (u)<br>Rents Collected. | 0.00 | 8,820.00 | | 8,820.00 | FA |
| 21. RENT COLLECTED from 7646 S. Hermitage (u)<br>Rent from 7646 S. Hermitage. | 0.00 | 0.00 | | 978.90 | FA |
| 22. RENT COLLECTED from 9123 S. Aberdeen<br>Rent Collected from 9123 S. Aberdeen | 0.00 | 0.00 | | 2,069.32 | FA |
| 23. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 2.76 | FA |

TOTALS (Excluding Unknown Values)         $982,132.00         $13,545.00                     $11,870.98         Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS FILED A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/01/11    Current Projected Date of Final Report (TFR): 12/01/11

/s/    Frances Gecker
_____    Date: _____

LFORM1                                                                                                                        Ver: 16.05c

UST Form 101-7-TDR (5/1/2011) (Page: 13)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-09020 JPC Judge: Jacqueline P. Cox | Trustee Name: Frances Gecker |
| Case Name: | WILSON JR., JAMES | Date Filed (f) or Converted (c): 03/03/10 (f) |
| | WILSON, BARBARA A. | 341(a) Meeting Date: 04/19/10 |
| | | Claims Bar Date: 01/03/11 |

FRANCES GECKER

Case 10-09020   Doc 68   Filed 05/03/12   Entered 05/03/12 14:22:21   Desc Main
Document      Page 15 of 20

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-09020 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | WILSON JR., JAMES | | Bank Name: | BANK OF AMERICA |
| | WILSON, BARBARA A. | | Account Number / CD #: | *******5777 MONEY MARKET |
| Taxpayer ID No: | *******0666 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/10 | 20 | Barbara Wilson<br>Cashier's Check | Rent Collected | 1222-000 | 8,820.00 | | 8,820.00 |
| 08/16/10 | 21 | James Wilson Jr.<br>Money Order | Rents for 7646 S. Hermitage | 1222-000 | 978.90 | | 9,798.90 |
| 08/16/10 | 22 | Barbara A. Wilson<br>Money Order | Rent Collected for 9123 S. Aberdeen | 1222-000 | 1,034.66 | | 10,833.56 |
| 08/31/10 | 23 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 10,833.80 |
| 09/27/10 | 22 | Barbara A. Wilson<br>Money Order | Rent Collected for 9123 S. Aberdeen | 1222-000 | 1,807.38 | | 12,641.18 |
| 09/30/10 | 23 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.27 | | 12,641.45 |
| 10/29/10 | 23 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,641.77 |
| 11/30/10 | 23 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,642.08 |
| 12/31/10 | 23 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,642.40 |
| 01/31/11 | 23 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,642.72 |
| 02/08/11 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street | BLANKET BOND | 2300-000 | | 14.39 | 12,628.33 |

Page Subtotals   12,642.72   14.39

Ver: 16.05c

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-09020 -JPC | | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WILSON JR., JAMES | | | Bank Name: | BANK OF AMERICA |
| | WILSON, BARBARA A. | | | Account Number / CD #: | *******5777  MONEY MARKET |
| Taxpayer ID No: | *******0666 | | | | |
| For Period Ending: | 02/09/12 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA  70139 | | | | |
| 02/28/11 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,628.43 |
| 03/31/11 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,628.54 |
| 04/29/11 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,628.64 |
| 05/31/11 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,628.75 |
| 06/30/11 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,628.85 |
| 07/29/11 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,628.95 |
| 08/31/11 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,629.06 |
| 09/15/11 | 001001 | INTERNAL REVENUE SERVICE<br>Cincinnati, OH  45999-0013 | 2010 Taxes Due<br>FEIN 35-6860666<br>2010 Taxes Due | 2810-000 | | 344.00 | 12,285.06 |
| 09/15/11 | 001002 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19030<br>Springfield, IL  62794-9030 | FEIN 35-6860666 2010 Taxes due | 2820-000 | | 358.00 | 11,927.06 |
| 09/30/11 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,927.16 |
| 10/31/11 | 23 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,927.26 |
| 11/16/11 | 23 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 11,927.31 |
| | | | Page Subtotals | | 0.98 | 702.00 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-09020 -JPC | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | WILSON JR., JAMES | Bank Name: | BANK OF AMERICA |
| | WILSON, BARBARA A. | Account Number / CD #: | *******5777 MONEY MARKET |
| Taxpayer ID No: | *******0666 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/16/11 | | Transfer to Acct #*******5786 | Final Posting Transfer | 9999-000 | | 11,927.31 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 12,643.70 | 12,643.70 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 11,927.31 | |
| Subtotal | 12,643.70 | 716.39 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 12,643.70 | 716.39 | |

Page Subtotals 0.00 11,927.31

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 17)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-09020 -JPC | | Trustee Name: | Frances Gecker |
| Case Name: | WILSON JR., JAMES | | Bank Name: | BANK OF AMERICA |
| | WILSON, BARBARA A. | | Account Number / CD #: | *******5786 GENERAL CHECKING |
| Taxpayer ID No: | *******0666 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/16/11 | | Transfer from Acct #*******5777 | Transfer In From MMA Account | 9999-000 | 11,927.31 | | 11,927.31 |
| 12/09/11 | 001000 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH 45999-0012 | FEIN 35-6860666<br>FORM: 1041<br>PERIOD: 12/31/10<br>(312) 276-1401 | 2810-000 | | 14.69 | 11,912.62 |
| 12/29/11 | | Transfer to Acct #*******2533 | Bank Funds Transfer | 9999-000 | | 11,912.62 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 11,927.31   11,927.31   0.00 |
| Less: Bank Transfers/CD's | 11,927.31   11,912.62 |
| Subtotal | 0.00   14.69 |
| Less: Payments to Debtors | 0.00 |
| Net | 0.00   14.69 |

Page Subtotals    11,927.31    11,927.31

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-09020 -JPC | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | WILSON JR., JAMES | | Bank Name: | Congressional Bank |
| | WILSON, BARBARA A. | | Account Number / CD #: | *******2533  GENERAL CHECKING |
| Taxpayer ID No: | *******0666 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5786 | Bank Funds Transfer | 9999-000 | 11,912.62 | | 11,912.62 |
| 01/06/12 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 2,014.37 | 9,898.25 |
| 01/06/12 | 001001 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603<br><br>Fees          1,074.80<br>Expenses         14.80 | Accountant for Trustee Fees (Other<br><br><br><br><br>3410-000<br>3420-000 | | | 1,089.60 | 8,808.65 |
| 01/06/12 | 001002 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654<br><br>Fees          5,682.50<br>Expenses          4.52 | Attorney for Trustee Fees (Trustee<br><br><br><br><br>3110-000<br>3120-000 | | | 5,687.02 | 3,121.63 |
| 01/06/12 | 001003 | Center Bank<br>fka Innovative Bank<br>SOHO Loan Dept<br>360 14th St<br>Oakland, CA 94612 | Claim 000001, Payment 95.26% | 7100-000 | | 3,121.63 | 0.00 |

Page Subtotals     11,912.62     11,912.62

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-09020 -JPC | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | WILSON JR., JAMES | | Bank Name: | Congressional Bank |
| | WILSON, BARBARA A. | | Account Number / CD #: | *******2533 GENERAL CHECKING |
| Taxpayer ID No: | *******0666 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | 11,912.62 | 11,912.62 | 0.00 |
| | Less: Bank Transfers/CD's | 11,912.62 | 0.00 | |
| | Subtotal | 0.00 | 11,912.62 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 11,912.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********5777 | 12,643.70 | 716.39 | 0.00 |
| GENERAL CHECKING - ********5786 | 0.00 | 14.69 | 0.00 |
| GENERAL CHECKING - ********2533 | 0.00 | 11,912.62 | 0.00 |
| | 12,643.70 | 12,643.70 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: _/s/ Frances Gecker_ Date: 02/16/12
FRANCES GECKER

Page Subtotals      0.00      0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*